# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JACQUELYN NEWELL, CHIQUITA COVINGTON, ANDREA M. WHITE, and HEATHER J. ROBINSON, individually and on behalf of all others similarly situated who consent to their inclusion in a collective action,<br><br>    Plaintiffs,<br><br>v.<br><br>IDK, INC. d/b/a Club Babes, a corporation; and ERIC M. PECHTER, an individual,<br><br>    Defendants. | Civil Action No. 1: 14-cv-0219-TCB |

## ORDER APPROVING SETTLEMENT

This Cause having come before this Court pursuant to a Joint Motion for Approval of Settlement brought by all parties in the above-referenced actions, and the Court having considered the same, reviewed all documents related to the settlement of this matter, and being otherwise fully advised, finds that all matter in controversy and dispute between Plaintiffs Jacquelyn Newell, Chiquita Covington, Andrea M. White, and Heather J. Robinson (the "Named Plaintiffs"), and all other

11

individuals who filed opt-in consent forms (the "Opt-In Plaintiffs"), and Defendants IDK, Inc. d/b/a Club Babes and Eric M. Pechter, have been fully settled by and between the Parties, so therefore it is:

**ORDERED AND ADJUDGED** that the Parties Joint Motion for Approval of Settlement is **GRANTED**.

**DONE AND ORDERED** this  16th  day of  June , 2015.

_____
Timothy C. Batten
U.S. DISTRICT COURT JUDGE